Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-376-075**

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

## Title

| | |
|---|---|
| Title of Work: | CORNFLaKe |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | July 25, 2016 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| Author: | Shirley MacArthur |
| Author Created: | 2-D artwork |
| Citizen of: | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Shirley MacArthur |
| | 37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| Name: | Shirley MacArthur |
| Email: | smacarthurpaintings@yahoo.com |
| Address: | 37 Kirkbrae |
| | Borders |
| | Galashiels TD1 1NQ United Kingdom |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | October 23, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-376-050**
Effective Date of Registration:
October 23, 2023
Registration Decision Date:
December 21, 2023

## Title

| | |
|---|---|
| Title of Work: | SuGaR LuMP |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | October 03, 2018 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | Shirley MacArthur |
| Author Created: | 2-D artwork |
| Citizen of: | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Shirley MacArthur |
| | 37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| Name: | Shirley MacArthur |
| Email: | smacarthurpaintings@yahoo.com |
| Address: | 37 Kirkbrae |
| | Borders |
| | Galashiels TD1 1NQ United Kingdom |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | October 23, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-376-053**
Effective Date of Registration:
October 23, 2023
Registration Decision Date:
December 21, 2023

## Title

Title of Work: HuRLeY BuRLeY

## Completion/Publication

Year of Completion: 2014
Date of 1st Publication: December 22, 2014
Nation of 1st Publication: United Kingdom

## Author

- Author: Shirley MacArthur
  Author Created: 2-D artwork
  Citizen of: United Kingdom

## Copyright Claimant

Copyright Claimant: Shirley MacArthur
37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom

## Rights and Permissions

Name: Shirley MacArthur
Email: smacarthurpaintings@yahoo.com
Address: 37 Kirkbrae
Borders
Galashiels TD1 1NQ United Kingdom

## Certification

Name: David Denholm
Date: October 23, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-376-085**
Effective Date of Registration:
October 23, 2023
Registration Decision Date:
December 21, 2023

## Title

Title of Work: THe NoSeY FaMiLY 2

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: November 15, 2019
Nation of 1st Publication: United Kingdom

## Author

- Author: Shirley MacArthur
  Author Created: 2-D artwork
  Citizen of: United Kingdom

## Copyright Claimant

Copyright Claimant: Shirley MacArthur
37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom

## Rights and Permissions

Name: Shirley MacArthur
Email: smacarthurpaintings@yahoo.com
Address: 37 Kirkbrae
Borders
Galashiels TD1 1NQ United Kingdom

## Certification

Name: David Denholm
Date: October 23, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-376-054**
Effective Date of Registration:
October 23, 2023
Registration Decision Date:
December 21, 2023

## Title
- Title of Work: THe NoSeY FaMiLY 1

## Completion/Publication
- Year of Completion: 2018
- Date of 1st Publication: September 30, 2018
- Nation of 1st Publication: United Kingdom

## Author
- Author: Shirley MacArthur
- Author Created: 2-D artwork
- Citizen of: United Kingdom

## Copyright Claimant
- Copyright Claimant: Shirley MacArthur
  37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom

## Rights and Permissions
- Name: Shirley MacArthur
- Email: smacarthurpaintings@yahoo.com
- Address: 37 Kirkbrae
  Borders
  Galashiels TD1 1NQ United Kingdom

## Certification
- Name: David Denholm
- Date: October 23, 2023

